O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH HAMILTON | ) | CASE NO. ED CV 10-01077 RZ |
| Plaintiff, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: June 2, 2011

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE